

FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0360

ELGIN FABER AND COLLEEN FABER,

Appellants and Cross-Appellees,

v.

KEITH RATY, COLLEEN RATY, et. al.,

Appellees and Cross-Appellants.

FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellants and Cross-Appellees Elgin Faber and Colleen Faber (Fabers) have moved to strike a portion of the cross-appeal reply brief filed by Appellees and Cross-Appellants Keith Raty, Colleen Raty, et. al. (Ratys). Fabers argue that Ratys' cross-appeal reply brief primarily argues issues for a second time, instead of being "confined to new matter raised" in Fabers' cross-appellee brief answering Ratys' cross appeal, as required by M. R. App. P. 12(3), and thus violates the Rule. In response to the motion, Ratys argue their cross-appeal reply arguments are related to the positions taken by Fabers in the cross-appellee brief, including Fabers' position therein that termination of the grazing lease ended the rights claimed by Ratys, necessitating Ratys' argument in reply about the terms of the grazing lease, notwithstanding their prior arguments.

The Court will consider this issue in conjunction with undertaking full review of the briefing in the matter and resolving the appeal. Therefore,

IT IS HEREBY ORDERED that the motion to strike is TAKEN UNDER ADVISEMENT.

The Clerk is directed to provide a copy hereof to counsel of record.

DATED this 23rd day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____

Justices